

**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*
*(304) 252-9758   (304) 256-4928 Facsimile*

August 10, 2010

M.R. Crowder, Sergeant
Bureau of Criminal Investigation
311 West Prince Street
Beckley, West Virginia 25801

Re:  Request for Information/Travis Barker

Dear Sergeant Crowder:

This is in response to your law enforcement request for information regarding Travis Barker dated August 2, 2010.  You request a copy of Mr. Barker's firearms training record and pose various questions regarding the firearms requirements for Bureau of Prisons (BOP) staff.  You additionally ask whether Mr. Barker was under investigation or subject to discipline in July 2008, at the time of his arrest.

A copy of your request was provided to Mr. Barker.  Mr. Barker signed a consent for release of information authorizing the BOP to release information to you.  Accordingly, copies of Mr. Barker's Employee Transcript (training record) and his Introduction to Correctional Techniques - Phase II Evaluation from the Federal Law Enforcement Training Center are enclosed.  A search of BOP files indicates Mr. Barker was not under any investigation or subject to any discipline at the time of his arrest in July 2008.

In response to your remaining questions, BOP staff must complete satisfactorily the BOP's approved firearms training course each year.  Staff must qualify with a 9 mm handgun, M-16 carbine and shotgun.  Glock pistols are not used at the Federal Correctional Institution (FCI) Beckley.

BOP staff are not required to carry a firearm while off duty and staff are not assigned a service weapon for off duty purposes.  There is no requirement that staff qualify with or provide firearm information to the BOP relative to any personal firearm carried off duty.  Furthermore, there are no extra requirements placed on staff if a staff member carries a personal firearm while off duty.

I have enclosed for your review a Memorandum to all BOP staff issued in February 27, 2006, which has been and is presently made available to all staff regarding the Law Enforcement Officers Safety Act (LEOSA).

This information is released to your agency as a routine use/law enforcement exception to the Freedom of Information/Privacy Act, as well as under the provisions of 28 C.F.R. § 16.21, *et seq*. If you have reason to release any of this information for another use, please exercise extreme caution to prevent the release of any information which could result in harm to any individual.

Should you need additional information, please contact my office at (304) 256-4922.

Sincerely,

Debbie Stevens
Supervisory Attorney