# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BLUEFIELD DIVISION

| | |
|---|---|
| STATE OF WEST VIRGINIA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 1:10-01403 |
| TRAVIS W. BARKER, | ) |
| Defendant. | ) |

## ORDER

Pursuant to the Order and Notice (Document No. 3.) entered January 11, 2011, the parties were to file their report of Rule 26(f) Meeting on or before February 17, 2011. The docket in this matter reflects that such Report has not been filed. The office of the undersigned spoke with counsel for Plaintiff, who advised that a Rule 26(f) Report will be forthcoming. Accordingly, it is hereby **ORDERED** that the Scheduling Conference previously set for Thursday, March 3, 2011, at 2:00 p.m. is **CANCELLED**. The parties shall have until **Tuesday, March 8, 2011**, to submit their Rule 26(f) Report. A Scheduling Conference will be scheduled for a later date, if necessary.

The Clerk is requested to send a copy of this Order to counsel of record.

ENTER: March 2, 2011.

R. Clarke VanDervort
United States Magistrate Judge