# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA



| BLUEFIELD | CHARLESTON | HUNTINGTON | BECKLEY | PARKERSBURG |
|---|---|---|---|---|
| Room 2303 | Suite 2400 | Room 101 | Room 119 | Room 5102 |
| 601 Federal Street | 300 Virginia Street, East | 845 Fifth Avenue | 110 North Heber Street | 425 Juliana Street |
| Bluefield, WV 24701 | Charleston, WV 25301 | Huntington, WV 25701 | Beckley, WV 25801 | Parkersburg, WV 26101 |
| P. O. Box 4128 | P. O. Box 2546 | P. O. Box 1570 | P. O. Drawer 5009 | Please use street address |
| Bluefield, WV 24701 | Charleston, WV 25329 | Huntington, WV 25716 | Beckley, WV 25801 | above. |
| 304/327-9798 | 304/347-3000 | 304/529-5588 | 304/253-7481 | 304/420-6490 |

TERESA L. DEPPNER
CLERK OF COURT

www.wvsd.uscourts.gov

Reply to: Bluefield

April 28, 2011

Ms. Julie Ball, Clerk
Circuit Court of Mercer County
1501 W. Main Street
Princeton, WV 24740

RE: State of West Virginia
Vs: Travis W. Barker
Our Civil Action No. 1:10-1403

Dear Ms. Ball:

    The above-styled civil action has, by MEMORANDUM OPINION AND ORDER entered April 28, 2011, been REMANDED to your Court.

    Please find enclosed the complete Court file and a certified copy of this court's docket sheet for your convenience and information.

Very truly yours,

TERESA L. DEPPNER, CLERK

By: *Mary Jane Pennington*
Mary Jane Pennington
Deputy-in-Charge

MJP/Enclosures
cc:    counsel of record

PLEASE ACKNOWLEDGE RECEIPT OF THIS FILE ON THE COPY OF THIS LETTER ENCLOSED and return to us in the envelope provided: _____.

DATE FILE RECEIVED: _____, 2011.